THE STATE, THOMAS H STEWART, PROSECUTOR, PLAINTIFF IN ERROR, v. MAYOR, &c., OF HOBOKEN, DEFENDANTS IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 28 *Vroom* 330.

For the plaintiff in error, *Samuel A. Besson.*

For the defendants in error, *James F. Minturn.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, NIXON. 12.

*For reversal*—None.